UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| SKIMETRIX LTD,<br>　　　　　Plaintiff<br><br>　　　v.<br><br>SALOMON NORTH AMERICA, INC and<br>AMER SPORTS WINTER & OUTDOOR<br>COMPANY,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Case No.　5:11-cv-00242<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Skimetrix Ltd., by and through its attorneys, Downs Rachlin Martin PLLC, hereby dismisses the above-captioned matter without prejudice.

| | |
|---|---|
| Burlington, Vermont<br>March 19, 2012 | DOWNS RACHLIN MARTIN PLLC<br><br>　___/s/ R. Bradford Fawley_____<br>R. Bradford Fawley<br>Jamie T. Gallagher<br>199 Main Street, P.O. Box 190<br>Burlington, VT 05402-0190<br>(P)　(802) 863-2375<br>(F)　(802) 862-7512<br>bfawley@drm.com<br>jgallagher@drm.com<br><br>ATTORNEYS FOR PLAINTIFF<br>SKIMETRIX LTD. |



UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

I hereby certify that on March 19, 2012, I electronically filed a NOTICE OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF.

/s/ R. Bradford Fawley
R. Bradford Fawley
Downs Rachlin Martin PLLC
28 Vernon Street, Suite 501
Brattleboro, VT 05301
(802) 258-3070
bfawley@drm.com

Downs Rachlin Martin PLLC